75 A.3d 1157

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ALI S. MORGANO, DEFENDANT–PETITIONER.

September 26, 2013.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Law Division, for reconsideration and for evidentiary hearing on defendant's petition for post-conviction relief, which petition shall

be deemed to include the materials submitted to this Court, Jurisdiction is not retained.

### 75 A.3d 1158
J.K., PLAINTIFF, v. B.C., DEFENDANT–PETITIONER.